IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS ) <br> LIABILITY LITIGATION (NO. VI) ) <br> ) <br> ) <br> This Document Relates to United States ) <br> District Court for Maryland ) <br> ) <br> (See Attachment A) ) <br> ) <br> ) | MDL 875 |

AUG 1 4 2000

93-3408

AND NOW, this _11th_ day of _August_, 2000, FIBREBOARD CORPORATION is hereby dismissed with prejudice in the cases on the attached list, which cases have been resolved.

By the Court:

Dated: _8/11/00_

_Charles R. W____
Charles R. Weiner